UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                          )<br>)<br>)<br>JUSTIN CORY PAGE                )<br>) | CASE NO. 4:19cr11 |

**O R D E R**

This case is before the Court for a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The Court finds that there is probable cause to believe that the defendant has violated the terms and conditions of supervised release as set forth in the addendum to the petition to revoke supervised release and, therefore, should appear for a revocation hearing before the assigned district judge in this matter.

**SO ORDERED** this __3rd__ day of August, 2022.

_(signature)_
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**